# UNITED STATES DISTRICT COURT

## Southern District of Texas – Laredo Division

# PROOF OF SERVICE

I certify that a true and correct copy of the Petition for Writ of Habeas Corpus, including all supporting exhibits, was mailed to the following address:

Office of the United States Attorney

Southern District of Texas

1000 Louisiana Street, Suite 2300

Houston, TX 77002

This mailing was completed on the date indicated below.

Date: _03-13-2026_

Signature: _Rubi Pulgar_

Rubi Pulgar Chirinos