CERTIFIED MAIL

9589 0710 5270 2453 0461 44

Retail

U.S. POSTAGE PAID
PM
MIDLAND, TX 79707
MAR 13, 2026

78040                    $17.25

RDC 03              S2324H505130-24

**PRESS FIRMLY TO SEAL**

SUSTAINABLE FORESTRY INITIATIVE
Certified Sourcing
www.sfiprogram.org
SFI-00061

PAPER POUCH

## UNITED STATES POSTAL SERVICE®  |  PRIORITY MAIL®

UNITED STATES POSTAL SERVICE®  |  PRIORITY MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

■ Expected delivery date specified for domestic use.

■ Domestic shipments include $100 of insurance (restrictions apply).*

■ USPS Tracking® service included for domestic and many international destinations.

■ Limited international insurance.**

■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

FROM: Rubi Polgan
2901 Derek DR
Fort Worth
Texas 76116

TO: Clerk OF Court
United States District
Court Southern District
OF Texas - Ladero Division
1300 Victoria ST
Ladero TX 78040

United States Courts
Southern District of Texas
RECEIVED

MAR 16 2026     VM

Nathan Ochsner, Clerk
Laredo Division

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

Label 228, December 2023          FOR DOMESTIC AND INTERNATIONAL USE

## TRACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.

PAPER POUCH
recycle.info

PS00001000014

EP14F November 2025
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; November 2025; All rights reserved.

SKNA