**89 0710 5270 3762 1016 23**

S FIRMLY TO SE

UNITED STATES POSTAL SERVICE®

78040

RDC 03

U.S. POSTAGE PAID
PM
MIDLAND, TX 79707
MAR 23, 2026

**$17.25**
S2324H505130-24

# PRIORITY
## MAIL®

estic use.

rance (restrictions apply).*

estic and many international destinations.

laration form is required.

garding claims exclusions see the

for availability and limitations of coverage.

**FROM:**

Carlos Alberto Perozo Castro
Webb County Detention Center
9998 S. Highway 83
Laredo, TX 78041

**TO:**

Clerk of Court
U.S. District Court
Southern District of Texas
Laredo Division
1300 Victoria St.
Laredo, TX 78040

RE: Case No. 5:26-cv-00404

**PE**

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

vember 2025
x 9 1/2



PAPER
POUCH

how2recycle.info

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; November 2025; All rights reserved.

SKNA